David H. Boren, Esq. SBN 186316
*dboren@rlfllp.com*
RITHOLZ LEVY FIELDS LLP
10940 Wilshire Boulevard, Suite 1600
Los Angeles, CA 90024
Bus: (310) 443-4176
Fax: (310) 443-4220

Attorneys for Plaintiff
SECOND GENERATION, INC.

**FILED**
CLERK, U.S. DISTRICT COURT
MAY 4, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECOND GENERATION, INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> BALDWIN SUN, INC., a California corporation; KODY BRAND, INC., a California corporation; KODY BRANCH OF CALIFORNIA, INC., a California corporation; TRINH VUONG GARMENT CO. LTD., a Vietnamese business entity; CATHY TRINH, an individual; SEVEN-BROS ENTERPRISES, INC., a California corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 16-CV-08690-VAP (PJWx) <br><br> **[PROPOSED] PERMANENT INJUNCTION AGAINST DEFENDANT BALDWIN SUN, INC.** |

0096136 _____
PERMANENT INJUNCTION

The Court, pursuant to the Stipulation for Entry of Permanent Injunction between Plaintiff Second Generation, Inc. ("Plaintiff"), on the one hand, and Defendant Baldwin Sun, Inc. ("Baldwin Sun"), on the other hand, hereby ORDERS, ADJUDICATES and DECREES that a permanent injunction shall be and hereby is entered against Baldwin Sun, Inc. in connection with the federally registered trademark "MADE WITH LOVE, WORN WITH LOVE" (Registration No. 4538631) (the "SecGen Trademark") as follows:

1. **PERMANENT INJUNCTION.** Baldwin Sun is hereby restrained and enjoined, pursuant to 15 U.S.C. §1116, from engaging in, directly or indirectly, any of the following activities in the United States and throughout the world:

> (i) copying, manufacturing, importing, exporting, marketing, advertising, promoting, displaying, purchasing, selling, offering for sale, reproducing, acquiring, transferring, brokering, consigning, storing, shipping, licensing, developing, delivering, distributing and/or dealing in any product or service that uses, or otherwise makes any use of the SecGen Trademark, and/or any intellectual property that is confusingly or substantially similar to, or that constitutes a colorable imitation of the SecGen Trademark;
>
> (ii) using any trademark or trade name that falsely represents, or is likely to confuse, mislead, or deceive purchasers, customers, or members of the public to believe that unauthorized products, imported, exported, manufactured, reproduced, distributed, assembled, acquired, exported, offered, sold, transferred, brokered, consigned, distributed, shipped, marketed, advertised and/or promoted by Baldwin Sun originate from SecGen, or that said merchandise has been sponsored, approved, licensed by, or associated with SecGen or is, in some way, connected or affiliated with SecGen;
>
> (iii) engaging in any conduct that falsely represents, or is likely to confuse, mislead, or deceive, purchasers, customers, or members of the public to believe that Baldwin Sun is connected with, or is in some way sponsored by or affiliated with SecGen; and

(iv) engaging in any acts of federal and/or state trademark infringement, false designation, false advertising, unfair competition, dilution or other act(s) which would tend to damage or injure SecGen's rights in and to the SecGen Trademark.

2. This Permanent Injunction shall be deemed to have been served upon Baldwin Sun at the time of its execution by the Court.

3. The Court finds there is no just reason for delay in entering this Permanent Injunction and, pursuant to Rule 54(a) of the *Federal Rules of Civil Procedure*, the Court directs immediate entry of this Permanent Injunction against Baldwin Sun.

4. **NO APPEALS AND CONTINUING JURISDICTION.** No appeals shall be taken from this Permanent Injunction, and SecGen and Baldwin Sun waive all rights to appeal. This Court expressly retains jurisdiction over this matter to enforce any violation of this terms of this Permanent Injunction.

5. **NO FEES AND COSTS.** SecGen, on the one hand, and Baldwin Sun, on the other, shall bear their own attorneys' fees and costs incurred to date in connection with the above-captioned matter.

**IT IS SO ORDERED, ADJUDICATED and DECREED this 4th day of May, 2018**.

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF CALIFORNIA

0096136

PERMANENT INJUNCTION

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I certify that I am a partner of RITHOLZ LEVY FIELDS LLP and that on the date shown below, I caused service of a true and correct copy of the attached: "**[PROPOSED] PERMANENT INJUNCTION AGAINST DEFENDANT BALDWIN SUN, INC.**" to be completed by:

    _____    personally delivering

    _____    delivery via Nationwide Legal Services

    _____    sending via Federal Express or other overnight delivery service

    _____    delivery via facsimile machine to fax no. _____

    __X__    delivery via electronic delivery only to:

| | |
|---|---|
| Brian C. Vanderhoof, Esq.<br>LeclairRyan LLP<br>725 South Figueroa Street, Suite 350<br>Los Angeles, CA 90017<br>Attorneys for Defendants Seven-Bros Enterprises, Inc. and Cathy Trinh | Deborah O'Connor, Esq.<br>CLYDE & CO.<br>2020 Main Street, Suite 1100<br>Irvine, CA 92614<br>Attorneys for Defendant Baldwin Sun, Inc. |

Executed on May 2, 2018, at Los Angeles, California.

  __X__    (Federal) I declare under penalty of perjury under the laws of the United States and the State of California that the above is true and correct.

                                        /s/ David H. Boren

<2>0096136                                  1

JOINT STATUS REPORT