David H. Boren, Esq. SBN 186316
*dboren@rlfllp.com*
RITHOLZ LEVY FIELDS LLP
10940 Wilshire Boulevard, Suite 1600
Los Angeles, CA 90024
Bus: (310) 443-4176
Fax: (310) 443-4220

Attorneys for Plaintiff
SECOND GENERATION, INC.

FILED
CLERK, U.S. DISTRICT COURT
JUN 13, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_BH\_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECOND GENERATION, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BALDWIN SUN, INC., a California corporation; KODY BRAND, INC., a California corporation; KODY BRANCH OF CALIFORNIA, INC., a California corporation; TRINH VUONG GARMENT CO. LTD., a Vietnamese business entity; CATHY TRINH, an individual; SEVEN-BROS ENTERPRISES, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 16-CV-08690-VAP (PJWx)<br><br>**[PROPOSED] PERMANENT INJUNCTION AGAINST DEFENDANTS SEVEN-BROS ENTERPRISES, INC. AND CATHY TRINH** |

The Court, pursuant to the Stipulation for Entry of Permanent Injunction, ("Document 111"), between Plaintiff Second Generation, Inc. ("Plaintiff), on the one hand, and Defendants Seven-Bros Enterprises, Inc. ("Seven-Bros") and Cathy Trinh ("Trinh"), on the other hand, hereby ORDERS, ADJUDICATES and DECREES that a permanent injunction shall be and hereby is entered against Seven-Bros and Trinh in connection with the federally registered trademark "MADE WITH LOVE, WORN WITH LOVE" (Registration No. 4538631) (the "SecGen Trademark") as follows:

1. **PERMANENT INJUNCTION.** Seven-Bros and Trinh are hereby restrained and enjoined, pursuant to 15 U.S.C. §1116, from engaging in, directly or indirectly, any of the following activities in the United States and throughout the world:

> (i) copying, manufacturing, importing, exporting, marketing, advertising, promoting, displaying, purchasing, selling, offering for sale, reproducing, acquiring, transferring, brokering, consigning, storing, shipping, licensing, developing, delivering, distributing and/or dealing in any product or service that uses, or otherwise makes any use of the SecGen Trademark, and/or any intellectual property that is confusingly or substantially similar to, or that constitutes a colorable imitation of the SecGen Trademark;

> (ii) using any trademark or trade name that falsely represents, or is likely to confuse, mislead, or deceive purchasers, customers, or members of the public to believe that unauthorized products, imported, exported, manufactured, reproduced, distributed, assembled, acquired, exported, offered, sold, transferred, brokered, consigned, distributed, shipped, marketed, advertised and/or promoted by Seven-Bros and Trinh originate from SecGen, or that said merchandise has been sponsored, approved, licensed by, or associated with SecGen or is, in some way, connected or affiliated with SecGen;

> (iii) engaging in any conduct that falsely represents, or is likely to confuse, mislead, or deceive, purchasers, customers, or members of the public to believe that Seven-Bros and Trinh are connected with, or are in some way sponsored by or affiliated with SecGen; and

0096572

PERMANENT INJUNCTION

(iv) engaging in any acts of federal and/or state trademark infringement, false designation, false advertising, unfair competition, dilution or other act(s) which would tend to damage or injure SecGen's rights in and to the SecGen Trademark.

2. This Permanent Injunction shall be deemed to have been served upon Seven-Bros and Trinh at the time of its execution by the Court.

3. The Court finds there is no just reason for delay in entering this Permanent Injunction and, pursuant to Rule 54(a) of the *Federal Rules of Civil Procedure*, the Court directs immediate entry of this Permanent Injunction against Seven-Bros and Trinh.

4. **NO APPEALS AND CONTINUING JURISDICTION.** No appeals shall be taken from this Permanent Injunction, and SecGen, Seven-Bros and Trinh waive all rights to appeal. This Court expressly retains jurisdiction over this matter to enforce any violation of this terms of this Permanent Injunction.

5. **NO FEES AND COSTS.** SecGen, on the one hand, and Seven-Bros and Trinh, on the other, shall bear their own attorneys' fees and costs incurred to date in connection with the above-captioned matter.

**IT IS SO ORDERED, ADJUDICATED and DECREED this 13th day of June 2018**.

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF CALIFORNIA

0096572

PERMANENT INJUNCTION